# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Uraina Watkins<br>Gregory W. Watkins<br><br>          Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>          Movant<br>     vs. | NO. 17-16815 elf |
| Uraina Watkins<br>Gregory W. Watkins<br>          Debtor(s) | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>          Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Proof of Claim of PENNSYLVANIA HOUSING FINANCE AGENCY, Claim 14, which was filed with the Court on or about **5/15/2018**.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarzt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-825-6327

May 15, 2018