IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| GREGORY W. WATKINS | : CASE NO. 17-16815-ELF |
| DEBTOR | : WITHDRAWAL OF OBJECTION TO PLAN |
| V. | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE | : CONFIRMATION HEARING DATE: SEPTEMBER 25, 2018 at 1:00 P.M. |
| PLAN OBJECTANT | : RELATED TO DOCKET NO. 22 |

## WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Commonwealth of Pennsylvania, Department of Revenue withdraws its Objection to Debtor's Amended Chapter 13 Plan, as the matters objected to have been resolved.

Respectfully submitted by,

DATE: September 6, 2018       By:    /s/ Albert James Millar

Albert James Millar
Counsel
PA Department of Revenue
Office of Chief Counsel
Dept. 281061
Harrisburg, PA 17128-1061
Attorney I.D. 62053
(717) 346-4649
Facsimile (717) 772-1459
jmillar@pa.gov