IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| GREGORY W. WATKINS | : CASE NO. 17-16815-ELF |
| | : |
| DEBTOR | : |
| | : WITHDRAWAL OF OBJECTION |
| | :                    TO PLAN |
| V. | : |
| | : |
| | : CONFIRMATION HEARING |
| PENNSYLVANIA DEPARTMENT OF REVENUE | : DATE:  SEPTEMBER 25, 2018 |
| | :                    at 1:00 P.M. |
| | : |
| PLAN OBJECTANT | : RELATED TO DOCKET NO. 51 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Pennsylvania Department of Revenue's Certificate of Default on the parties at the below addresses, on September 6, 2018 by:

**17-16815-ELF Notice will be electronically mailed to:**

A. JAMES MILLAR at RA-occbankruptcy3@state.pa.us, RA-occbankruptcy6@state.us.pa

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Paul H. Young at support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com, pyoung@ymalaw com

United States Trustee ustpregion03.ha.ecf@usdoj.gov

**17-16815-ELF Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

EXECUTED ON: September 6, 2018

                By:    /s/ Albert James Millar

                Albert James Millar
                Counsel
                PA Department of Revenue
                Office of Chief Counsel
                PO Box 281061
                Harrisburg, PA 17128-1061
                Attorney I.D. 62053
                (717) 346-4649
                Facsimile (717) 772-1459
                jmillar@pa.gov