**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Uraina Watkins<br>          Gregory W. Watkins<br>                              Debtors | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>                              Movant<br>              vs. | NO. 17-16815 ELF |
| Uraina Watkins<br>Gregory W. Watkins<br>                              Debtors | |
| William C. Miller Esq.<br>                              Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this  7th  day of  May  , 2019 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 217 East 5th Street, Lansdale, PA 19446 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or  purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

Uraina Watkins
217 E. 5th Street
Lansdale, PA 19446

Gregory W. Watkins
217 E. 5th Street
Lansdale, PA 19446

Paul H. Young, Esq.
Young, Marr & Associates
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532