United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-16815-elf
Gregory W. Watkins                                              Chapter 13
Uraina Watkins
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Randi                  Page 1 of 2                  Date Rcvd: Sep 04, 2019
                               Form ID: pdf900              Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db            #+Gregory W. Watkins,    217 E. 5th Street,    Lansdale, PA 19446-2611
jdb            +Uraina Watkins,    217 E. 5th Street,    Lansdale, PA 19446-2611
13994497       +Ar Resources Inc,    Pob 1056,    Blue Bell, PA 19422-0287
13994496       +Ar Resources Inc,    Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14031823        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13994501       +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
13994500       +Citibank North America,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14102293       +PA Housing Finance Agy,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14076610        U S Department of Education,    P O Box 16448,    St. Paul, MN 55116-0448
13998622       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13994517        Us Dept Ed,    Po Box 4222,    Iowa City, IA 52244
13994516       +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 05 2019 03:04:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 05 2019 03:04:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2019 03:13:53      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13994494       +E-mail/Text: EBNProcessing@afni.com Sep 05 2019 03:04:40      Afni,    Attn: Bankruptcy,
                 Po Box 3097,    Bloomington, IL 61702-3097
13994495       +E-mail/Text: EBNProcessing@afni.com Sep 05 2019 03:04:40      Afni,    Po Box 3097,
                 Bloomington, IL 61702-3097
13994499        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 05 2019 03:13:51      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
13994498       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 05 2019 03:12:45      Capital One,
                 Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
13994502       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 05 2019 03:04:22      Comenitycapital/gmstop,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
13994503       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 05 2019 03:04:22      Comenitycapital/gmstop,
                 Po Box 182120,    Columbus, OH 43218-2120
13994504       +E-mail/Text: csd1clientservices@cboflanc.com Sep 05 2019 03:05:01
                 Credit Bureau of Lancaster County, Inc,    Po Box 1271,    Lancaster, PA 17608-1271
13994505       +E-mail/Text: csd1clientservices@cboflanc.com Sep 05 2019 03:05:01
                 Credit Bureau of Lancaster County, Inc,    218 West Orange St,    Lancaster, PA 17603-3746
13994506       +E-mail/Text: electronicbkydocs@nelnet.net Sep 05 2019 03:04:39      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
13994507       +E-mail/Text: electronicbkydocs@nelnet.net Sep 05 2019 03:04:39      Dept Of Ed/582/nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
13994508       +E-mail/Text: bncnotices@becket-lee.com Sep 05 2019 03:04:17      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
13994509       +E-mail/Text: bncnotices@becket-lee.com Sep 05 2019 03:04:17      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14107708       +E-mail/Text: blegal@phfa.org Sep 05 2019 03:04:38      PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14054921        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2019 03:27:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13995207       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2019 03:13:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13994511       +E-mail/Text: blegal@phfa.org Sep 05 2019 03:04:38      Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13994510       +E-mail/Text: blegal@phfa.org Sep 05 2019 03:04:38      Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14100546       +E-mail/Text: blegal@phfa.org Sep 05 2019 03:04:38      Pa Housing Finance Agency,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14013386        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 05 2019 03:04:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14073192        E-mail/Text: bnc-quantum@quantum3group.com Sep 05 2019 03:04:23
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13994514       +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2019 03:12:44      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
13994515       +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2019 03:13:14      Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
14025282       +E-mail/Text: electronicbkydocs@nelnet.net Sep 05 2019 03:04:39
                 US Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
```

```
District/off: 0313-2           User: Randi                Page 2 of 2                  Date Rcvd: Sep 04, 2019
                               Form ID: pdf900            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13994519        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 05 2019 03:04:14
                 Verizon,    Po Box 650584,    Dallas, TX 75265-0584
13994518        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 05 2019 03:04:14
                 Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14042139        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 05 2019 03:13:19      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA   17128-0946
13994513       ##+Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
13994512       ##+Stellar Recovery Inc,    Attn: Bankruptcy,    4500 Salisbury Road Ste 105,
                  Jackonville, FL 32216-8035
                                                                                               TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              PAUL H. YOUNG    on behalf of Joint Debtor Uraina  Watkins support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              PAUL H. YOUNG    on behalf of Debtor Gregory W. Watkins support@ymalaw.com,   ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>GREGORY W WATKINS<br>URAINA WATKINS | Chapter 13 |
| Debtor | Bankruptcy No. 17-16815-ELF |

# O R D E R

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: September 4, 2019**

_____
   Eric L. Frank
   Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
GREGORY W WATKINS
URAINA  WATKINS
217 E. 5TH STREET

LANSDALE, PA 19446